# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
The Boeing Company ) ASBCA No. 58915
)
Under Contract No. N00024-98-C-5362 *et al.* )

APPEARANCES FOR THE APPELLANT: Andrew E. Shipley, Esq.
Seth H. Locke, Esq.
  Perkins Coie
  Washington, DC

APPEARANCES FOR THE GOVERNMENT: E. Michael Chiaparas, Esq.
  DCMA Chief Trial Attorney
Carol L. Matsunaga, Esq.
  Senior Trial Attorney
  Defense Contract Management Agency
  Carson, CA

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 3 February 2016

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 58915, Appeal of The Boeing Company, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals